## EVENING STAR PUBLISHING CO.

*v.*

## JOHNSTON.

No. 341.   Submitted October 15, 1894.   Decided November 6, 1894.

HEARING on an appeal by the plaintiff from an order quashing writ of attachment.   *Affirmed.*

*Mr. Leon Tobriner* for the appellant.

*Mr. A. A. Lipscomb, Mr. Morgan H. Beach* and *Mr. James B. Green* for appellees.

Mr. Justice SHEPARD delivered the opinion of the Court:

The questions presented on this record are identical with those in No. 331, *George W. Cissell et al.* v. *Willis Johnston et al.* [*ante,* page 335] and were submitted on the argument therein.

For the reasons given in the opinion in that case, *the judgment appealed from herein must also be affirmed, with costs to the appellees; and it is so ordered.*